UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MICHAEL HENNINGS,<br><br>      Petitioner,<br><br>    v.<br><br>B. CATES,<br><br>      Respondent. | Case No. 2:21-cv-4864-DSF (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Dismiss, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.[1]

**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice.

Dated: April 18, 2022

                  *Dale S. Fischer*
                  HONORABLE DALE S. FISCHER
                  United States District Judge

---

[1] The Court notes that the reference to "district" judge at page 3, line 5, should be to "trial" judge.