JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MICHAEL HENNINGS,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>B. CATES,<br><br>　　　　　　　Respondent. | Case No. 2:21-cv-04864-DSF-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** with prejudice.

Dated: April 18, 2022

_Dale S. Fischer_
HONORABLE DALE S. FISCHER
United States District Judge